# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garaufis, Nicholas G. | Eastern District of New York | 02/29/2000 |

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

United States District Judge

**5. Report Type (check type)**

X Nomination, Date 02/28/2000

___ Initial ___ Annual ___ Final

**6. Reporting Period**
01/01/1998
to
01/31/2000

**7. Chambers or Office Address**

Federal Aviation Admin.

800 Independence Avenue, SW

Washington, DC 20591

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| X NONE (No reportable positions.) | | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| ☐ NONE (No reportable agreements.) | | |
| 1 | 02/09/97 | ABC, Inc. Pension Plan monthly survivor benefit, payable to me beginning no sooner than 1/1/02. Monthly benefit will be adjusted based on date elected. |
| 2 | 06/09/95 | City of New York Deferred Compensation Plan. Pre-tax contributions to retirement savings program are distributed to me at rate of $5,000 semi-annually |
| 3 | 06/09/95 | City of New York Employees Retirement System pension contributions. Contributions are subject to withdrawal at any time. |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| X NONE (No reportable non-investment income.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Garaufis, Nicholas G. | 02/29/2000 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

| * VAL CODES: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001 to $100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Oppenheimer Capital Income A Fund | E | Dividend | M | | EXEMPT | | | | |
| 2 Oppenheimer International Growth A Fund | D | Dividend | M | | EXEMPT | | | | |
| 3 Oppenheimer New York Municipal A Fund | B | Dividend | K | | EXEMPT | | | | |
| 4 Oppenheimer Quest Opportunity A Fund | E | Dividend | M | | EXEMPT | | | | |
| 5 Oppenheimer Total Return A Fund | E | Dividend | M | | EXEMPT | | | | |
| 6 MFS Research Fund | C | Dividend | J | | EXEMPT | | | | |
| 7 Walt Disney Company Common Stock | A | Dividend | J | | EXEMPT | | | | |
| 8 Alliance Growth A Fund | E | Dividend | M | | EXEMPT | | | | |
| 9 Alliance Premier Growth A Fund | E | Dividend | M | | EXEMPT | | | | |
| 10 Alliance Quasar A Fund | D | Dividend | M | | EXEMPT | | | | |
| 11 Alliance Real Estate Fund | A | Dividend | J | | EXEMPT | | | | |
| 12 Oppenheimer Quest Small Cap Fund | D | Dividend | L | | EXEMPT | | | | |
| 13 Alliance Technology A Fund | A | Dividend | K | | EXEMPT | | | | |
| 14 Alliance Growth & Income B | B | Dividend | J | | EXEMPT | | | | |
| 15 Alliance Growth B Fund | A | Dividend | J | | EXEMPT | | | | |
| 16 Alliance Premier Growth B Fund | A | Dividend | J | | EXEMPT | | | | |
| 17 Alliance Quasar Fund B | A | Dividend | J | | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 City of New York Deferred Compensation Plan | D | Dividend | K | | EXEMPT | | | | |
| 19 City of New York Employees Retirement System | A | Dividend | J | | EXEMPT | | | | |
| 20 Equivest Variable Annuity | D | Dividend | K | | EXEMPT | | | | |
| 21 Triboro Bridge Revenue Bond | A | Interest | J | | EXEMPT | | | | |
| 22 New York State Medical Facilities Rev. Bond | A | Interest | J | | EXEMPT | | | | |
| 23 New York State Environmental Facilities bond | A | Interest | J | | EXEMPT | | | | |
| 24 NY City Transit, AU/Livingston Bond | A | Interest | J | | EXEMPT | | | | |
| 25 Oppenheimer Equity Income A Fund | E | Dividend | M | | EXEMPT | | | | |
| 26 Alliance Technology B Fund | D | Dividend | M | | EXEMPT | | | | |
| 27 Nicholas G. Garaufis 1997 Family Trust | D | Dividend | L | | EXEMPT | | | | |
| 28 ABC, Inc. Pension Plan | | None | | | EXEMPT | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

:

Section VII, Item 28.   ABC, Inc. Pension Plan.   I am designated to receive monthly pension benefits under my late wife's pension plan.   I may elect to receive benefits on or after January 1, 2002.   Monthly benefit is approximately $1,000 if I elect to receive benefits on the earliest date.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Garaufis, Nicholas G. | 02/29/2000 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

:

Section VII, Item 28.   ABC, Inc. Pension Plan.   I am designated to receive monthly pension benefits under my late wife's pension plan.   I may elect to receive benefits on or after January 1, 2002.   Monthly benefit is approximately $1,000 if I elect to receive benefits on the earliest date.

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____    Date _2/29/00_

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# FINANCIAL STATEMENT

## NET WORTH

12/28/99

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 3 | 248 | 12 | Notes payable to banks—secured | 19 | 514 | 50 |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 1,667 | 727 | 10 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 91, | 514 | 60 |
| Real estate owned—add schedule | 405, | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: NONE | | | |
| Autos and other personal property | 31, | 000 | 00 | All other debts are | | | |
| Cash value—life insurance | 49, | 407 | 40 | paid in full by due date | | | |
| Other assets—itemize: | 173, | 656 | 87 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 114, | 029 | 10 |
| | | | | Net Worth | 2,221, | 510 | 39 |
| Total Assets | 2,332 | 539 | 49 | Total liabilities and net worth | 2,332, | 539 | 49 |
| CONTINGENT LIABILITIES | NONE | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) NO | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? NO | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? NO | | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |